KOH
NFP/EGW: USAO 2023R00537

✓ ___ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED

**8:56 am, Aug 14 2023**

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____MD____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO.** ___8:23-mj-02160-TJS___ |
| | * | |
| **LESTER MASSEY, JR.,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

### INTRODUCTION AND AGENT BACKGROUND

I, Special Agent Kelsey Wadsworth of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Baltimore Field Division, Hyattsville II Field Office, Greenbelt, Maryland, being duly sworn, depose and state as follows:

1.      I have been an ATF Special Agent since April 2021 and have attended the Federal Law Enforcement Training Center Criminal Investigation Training Program and the ATF Academy's Special Agent Basic Training Program for a combined period of 27 weeks.  I have received extensive formal and on-the-job training in the provisions of the Federal Firearms Laws administered under Title 18 and Title 26 of the United States Code.  I have assisted in numerous investigations involving violations of the Federal Firearms and Controlled Substances Laws.  I have received specialized training regarding, and have personally participated in, various types of investigative activities, including, but not limited to:  (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants, and other individuals who have knowledge concerning violations of Federal Firearms Laws; (c) the execution of search warrants; (d) the consensual

monitoring and recording of conversations; (e) electronic surveillance through the use of pen registers and trap and trace devices; and (f) the handling and maintenance of evidence.  I am currently participating in an investigation into the possession of two firearms that is being conducted by Task Force Officers and Special Agents with the ATF and Detectives with the Prince George's County Police Department ("PGPD").  As a result of my personal participation in this investigation, as well as through conversations with and analysis of reports submitted by other law enforcement officers, I am familiar with all aspects of this investigation.

2.      I currently serve as an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

3.      Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of the requested criminal complaint and arrest warrant, I have not included every detail of every aspect of the investigation.  I have not, however, excluded any information known to me that would defeat a determination of probable cause.  The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. All conversations and statements described in this Affidavit are related in substance and in part unless otherwise indicated.

4.      I submit that based on the facts set forth herein, there is probable cause to believe that on or about August 11, 2023, **LESTER MASSEY, JR.** (hereinafter, "**MASSEY**") committed the following federal offense:  Possession of Ammunition by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1).

## PROBABLE CAUSE

5.     During this investigation, I have learned that **MASSEY** utilizes two specific

Instagram Accounts and a specific Facebook account name known to law enforcement, but omitted

here for the sake of confidentiality (collectively referred to hereafter as the "**Social Media**

**Accounts**").  Based on my training and experience, I know that determining a firearm to be a

firearm through a photograph can be difficult; a firearm can be difficult to distinguish from a prop

or toy.  The screen shots below are from actual videos displayed on the **Social Media Accounts**.

During nearly all of these videos I have observed the firearms function and cycle as I have learned,

during my training and experience, firearms would.  The actions on the firearms cycle, eject spent

brass casings, and expel projectiles.  In some videos, the angle allows me to observe the fine

movement of the index finger depressing the trigger.  Many of the targets fired upon in these videos

are metallic and provide an immediate audible "plink" feedback when impacted by a metallic

projectile striking their surface, which is consistent with these being depictions of actual firearms.

### Public Posts from MASSEY's Social Media Accounts

6.     Based on the investigation conducted to date, on or about August 8, 2023,

**MASSEY** publicly posted to one of his Instagram accounts a video with a short video clip that

begins with the text, "described him as one of the most dangerous men on the face of the earth"

with a matching narration, followed by images of **MASSEY** lifting heavy weights, **MASSEY** with

a small female child, and **MASSEY** holding a tan semi-automatic pistol at an outdoor range.  The

post included the hashtags #Dmv #gaming #bodybuildingmotivation #guntraining #love #suitland

and the text "follow for more...."  The following is a still shot from that video clip:



7.      On or around May 16, 2023, **MASSEY** publicly posted to one of his Instagram accounts a video of him firing what appears to be a tan semi-automatic pistol at an outdoor range viewed in previous posts on his **Social Media Accounts**.  Based on its appearance and geolocation data associated with similar Instagram posts discussed in greater detail below, I believe this location is not an official firing range and instead is likely an outdoor space on an associate's property.  Based on my training and experience, I know that individuals who are prohibited from owning firearms due to their criminal records are not lawfully permitted to utilize official firing

ranges and often utilize unregulated or unofficial firing ranges to avoid this restriction. This video post includes the hashtags #guns #dmv #fitnesslifestyle #trainingday and caption "follow for more." In the following screenshot of this video **MASSEY** can be seen holding the tan semi-automatic pistol in his right hand and a cellular telephone in his left hand.



In the following screenshot from the same video, **MASSEY** can be seen firing the tan semi-automatic pistol:



8.     A review of **MASSEY**'s public posts to the **Social Media Accounts** show additional video posts of him shooting firearms at what appears to be the same outdoor location posted in or around January 2023.

9.     For example, on or about January 1, 2023, **MASSEY** appears to have posted videos of himself shooting a variety of firearms on Instagram and Facebook.  The Facebook livestream video is approximately 13 minutes long and an approximately 3-minute excerpt was posted on one of **MASSEY**'s Instagram pages.



(Facebook)                     (Instagram[1])

10.    An Instagram search warrant, discussed in greater detail below, identified a third video (screenshot below) from one of **MASSEY**'s accounts, as well:

---

[1]    This screenshot is taken from a copy of the video recovered pursuant to an Instagram search warrant.



11.    Based on the associated metadata for these three videos, the 13-minute livestream from **MASSEY**'s Facebook account was created on or about January 1, 2023, at approximately 10:29 a.m. Eastern Standard Time ("EST"), and the three-minute clip on Instagram was created on or about January 1, 2023 at approximately 10:46 a.m. EST.  The third video which included an image of **MASSEY** holding a firearm up to the camera lens was created on or about January 1, 2023, at approximately 10:47 a.m. EST.  Based on the proximity in the timeframes, **MASSEY** wearing similar clothing, hat, and shoes, and the background of the blue tarp and tree line, I believe that the videos these screenshots depict were generated on the same day around the same time.

12.    Additionally, on or about October 9, 2022, **MASSEY** posted a video to one of his Instagram pages of himself sitting in the front passenger seat of a Sport Utility Vehicle or Jeep while simultaneously firing a tan semi-automatic pistol out the window with one hand.  This video post included the hashtags:  #gunplay, #shooting, #training, and #berrttaapx [sic].  I know from

my training and experience that Beretta USA Corp. manufactures a model APX firearm that is a semi-automatic pistol and that those pistols are sold in a Flat Dark Earth ("FDE") model which appears tan in color.  On or about the same day, an individual utilizing an Instagram account ("Account-1") messaged **MASSEY**, "Oh yea u @ the range."



<u>**Search Warrant for MASSEY's Social Media Accounts Obtained**</u>

13.     On or about January 17, 2023, the Honorable Ajmel A. Quereshi, United States Magistrate Judge for the District of Maryland, issued a warrant authorizing law enforcement to obtain stored information related to **MASSEY**'s two Instagram accounts and Facebook account from Meta (as mentioned above, referred to herein as the **Social Media Accounts**).

14.     A review of **MASSEY**'s Facebook account data pursuant to the **Social Media Accounts** search warrant revealed that **MASSEY** sold a firearm on or about September 4, 2021 to an individual utilizing a Facebook account (hereinafter, "ACCOUNT-2").  Below is a brief excerpt of that conversation:

| | |
|---|---|
| ACCOUNT-2: | Can i get one of dem shorties tho? |
| **MASSEY**: | 6 n u can |
| ACCOUNT-2: | I got 5 right now how u gonna act |
| **MASSEY**: | Can't act Need 6 my ppls joints |
| ACCOUNT-2: | Ok fuck it i got it u gonna pull up on me ? |

The chat continues and includes a discussion of an in-person meeting, as mentioned below.

15.     Based on my training and experience, I believe that **MASSEY** is conducting the sale of a firearm on behalf of a third party.  I know an unregistered pistol can be purchased within a price range of $100-$1,400 depending on the history of the firearm and the condition.  Here, when ACCOUNT-2 asked for a "shorties," I believe ACCOUNT-2 was referring to the short barrel size of the firearm.  **MASSEY**'s reference to "6" is a reference to $600 and ACCOUNT-2 is counteroffering $500.  **MASSEY** declines and says that he cannot transact at that price, explaining that the item at issue is "my ppls joints."

16.     Based on my training and experience, I believe when **MASSEY** states "my ppls joints" he is telling ACCOUNT-2 that the firearm belongs to a close friend or associate or family member.  I have come to learn that "my people," or in this case, "my ppls" is common street vernacular for close family and friends.  I also know that "joints" is common street vernacular for firearms.

17.     **MASSEY**'s account then sent ACCOUNT-2 a photograph of a Beretta APX Carry firearm, a subcompact firearm meant for concealed carry.  The same photograph includes a blue gun lock inside a clear plastic bag marked "Beretta."   I know that firearms manufacturers commonly provide branded accessories, including gun locks, with new firearms.



18.     According to the Facebook messages, it appears that ACCOUNT-2 purchased the firearm from **MASSEY** in the parking lot of **MASSEY**'s building.  ACCOUNT-2 proposed a different meeting location and the following conversation occurred:

| | | |
|---|---|---|
| **MASSEY**: | Shit not driving out there cuz |
| ACCOUNT-2: | Where u |
| **MASSEY**: | Oxon hill |
| ACCOUNT-2: | U want me come to u? |
| ACCOUNT-2: | Or u wanna meet at home depot? |
| **MASSEY**: | Me |
| ACCOUNT-2: | Ok fool shoot me da addy ill pull up right fast |
| **MASSEY**: | ["Address-1"][2] |
| ACCOUNT-2: | Ok cuz i b der in a lil ima stop at 7-11 And b der |
| **MASSEY**: | On the side of the building |
| ACCOUNT-2: | Huh |
| **MASSEY**: | U will know what I'm talking about when u pull up |
| ACCOUNT-2: | Oh bet |
| ACCOUNT-2: | Im out here cuz |

19.     Based on physical surveillance and my review of street maps, I believe that **MASSEY** was directing ACCOUNT-2 to the area nearby **MASSEY's residence** when **MASSEY** provided the nearby building's street address and the direction "[o]n the side of the building." Further, based on my training and experience, I believe **MASSEY** was directing ACCOUNT-2 to

---

[2]     Address-1 in Oxon Hill, Maryland is in the same building complex as the building that houses **MASSEY's residence** and is approximately 700 feet from **MASSEY's residence**.

the vicinity of **MASSEY's residence** so **MASSEY** would not have to travel a meaningful distance with the firearm, or reveal his true address to ACCOUNT-2.  Based on my training and experience, I know that illegal firearms transactions are often made in locations where the individual selling the firearm believes the risk of law enforcement surveillance or intervention is low, while also not necessarily revealing exactly where the firearm(s) are being stored.

20.     On or about September 9, 2021, ACCOUNT-2 contacted **MASSEY** again and asked:

| ACCOUNT-2: | Yo u got some more if so how many |
|---|---|
| ACCOUNT-2: | Jesus |
| ACCOUNT-2: | Waz guddy fool fool holla at me when u get a lil min |
| **MASSEY**: | OK |
| **MASSEY**: | ["xxx-xxx-2917"] |

21.     Based on my training and experience, I believe that ACCOUNT-2 was inquiring to **MASSEY** about purchasing more firearms when he said, "…u got some more if so how many?" In response, **MASSEY** provides xxx-xxx-2917, one of **MASSEY**'s cellular phone numbers, to ACCOUNT-2 to continue the conversation.  Based on my training and experience, I believe **MASSEY** may have done this to allow for further discussion of future gun sales without leaving a written record on Facebook.

### Search Warrant for MASSEY's Associate's Phones

22.     On or about January 17, 2023, the Honorable Ajmel A. Quereshi, United States Magistrate Judge for the District of Maryland, issued a warrant authorizing law enforcement to search two cellular telephones that belonged to a third party ("ASSOCIATE-1"), an individual who has been identified as an associate of **MASSEY** (collectively, ASSOCIATE-1's Phones).

23.     On or about October 27, 2022, law enforcement officers from the Drug Enforcement Administration ("DEA") and the PGPD executed a court-ordered search and seizure warrant at ASSOCIATE-1's residence in Temple Hills, Maryland.  During the execution of the warrant, several items were recovered from the master bedroom, including:

- ASSOCIATE-1's Phones;

- A loaded Beretta 96D, .40 S&W caliber, semi-automatic pistol;

- A loaded Beretta APX, 9x19mm caliber, semi-automatic pistol;

- Approximately 128 ounces of suspected phencyclidine ("PCP"); and

- Approximately $8,712 in United States Currency.

ASSOCIATE-1 was arrested and further investigation by law enforcement confirmed that ASSOCIATE-1 was prohibited from possessing firearms and ammunition due to previous felony convictions at the time of this arrest.  ASSOCIATE-1 was subsequently indicted federally for violations of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute a Controlled Substance; 18 U.S.C. § 924(c)(1)(A) – Possession of Firearms in Furtherance of a Drug Trafficking Crime; and 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms and Ammunition.

24.     Pursuant to the search warrant for ASSOCIATE-1's Phones, I have reviewed downloads from ASSOCIATE-1's Phones and observed more than 200 telephonic communications between ASSOCIATE-1 and **MASSEY** during the period of approximately August 2, 2021, through October 25, 2022.

25.     Those communications revealed that on or around November 13, 2021, a video had been sent by **MASSEY** to ASSOCIATE-1 utilizing the Google Duo application.[3]  The video (screenshots below) appears to show a black and silver firearm on the leg of an individual and three additional firearms on the floor while an adult male says, "Deuce, deuce.  Two fifty.  Twenty two for two fifty shorty."  Based on my training and experience, I know that a "deuce" or a "deuce, deuce" is common slang for a .22 caliber firearm.  Here, I believe that by sending this video to ASSOCIATE-1, **MASSEY** was offering to sell ASSOCIATE-1 a .22 caliber firearm for $250.  In addition, the inclusion of the three other firearms in the background (circles inserted below) suggests **MASSEY** had additional firearms available for sale, as well.

---

[3]      Google Duo was a voice over IP and videotelephony application that also included a file sharing feature.  In 2022, Google Duo was merged into the Google Meet application.  Google Duo provides users end-to-end encryption and allows voice and video calling between Android and Apple's iOS.  Based on my training and experience, I know that illegal arms traffickers and other criminals utilize applications that offer end-to-end encryption, for example WhatsApp, to communicate in an effort to shield their criminal communications from law enforcement.



26.     On or about November 20, 2021, **MASSEY** shared the following photo of a tan firearm which appears, based on my training and experience, to be a Beretta APX with ASSOCIATE-1 via Google Duo:



Given the manner in which the Google Duo activity log is displayed, I am unable to tell precisely when the above picture was shared by **MASSEY**, but the photograph's metadata indicates that it was created on or about November 20, 2021 at approximately 11:36 a.m. EST.

27.     Approximately two minutes after the above photograph was created, at approximately 11:38 a.m. on or about November 20, 2021, ASSOCIATE-1 appears to have taken a screenshot of the above photograph while utilizing Google Duo:



28.     I believe this is true based, in part, on the time stamp in the top left corner of the screenshot, the green circle around the time stamp that typically indicates either the camera or the camera and the microphone are being used by an iPhone,[4] and because the three circular icons are consistent with Google Duo controls.

29.     During my review of extracts from ASSOCIATE-1's Phones, I reviewed text messages between ASSOCIATE-1 and a third party stored in ASSOCIATE-1's phone ("CUSTOMER-1").    From approximately July 30, 2021 through November 17, 2021, CUSTOMER-1 and ASSOCIATE-1's text messages are limited to arranging three separate in-person meetings.    The last in-person meeting appears to have taken place on or about November 17, 2021.    On or about November 18, 2021, CUSTOMER-1 texted ASSOCIATE-1, "Yo what's

---

[4]     ASSOCIATE-1's Phones are both iPhones.

up bro, i'm still trying to get one of those things we was talking about yesterday.  Might be ready now[.]"  On or about November 20, 2021 at approximately 11:29 EST, ASSOCIATE-1 texted a copy of the above screenshot of the tan firearm (which had been sent to him by **MASSEY**) to CUSTOMER-1.  Below is an excerpt of the conversation that followed:

| CUSTOMER-1: | Ok bet |
|---|---|
| CUSTOMER-1: | On the way back.  I just passed Philly |
| ASSOCIATE-1: | Ok my nigga |
| CUSTOMER-1: | The GPS says I'm 30 minutes out from your spot |
| CUSTOMER-1: | Omw |
| ASSOCIATE-1: | Ok pull up to the spot |
| CUSTOMER-1: | By the tire spot right? |
| ASSOCIATE-1: | Yes good year |
| CUSTOMER-1: | About to pull up in like five minutes bro. |
| ASSOCIATE-1: | Ok I'm right here |

30.     Based on my training and experience, I know that individuals engaged in unlawful firearms transactions often use guarded or cryptic language in an effort to shield their illicit dealings from law enforcement's detection.  Here, when CUSTOMER-1 stated, "i'm still trying to get one of those things we was talking about yesterday," I believe CUSTOMER-1 is referring to an in-person conversation between ASSOCIATE-1 and CUSTOMER-1 during which CUSTOMER-1 stated a desire to acquire a firearm from ASSOCIATE-1.  Additionally, I know that CUSTOMER-1's response, "Ok bet," is a common slang phrase that conveys agreement and acceptance.  I believe the subsequent messages are consistent with ASSOCIATE-1 and

CUSTOMER-1 meeting in person to complete the previously discussed firearms transaction for the tan firearm.

31.     Based on **MASSEY**'s sharing of the initial photo of the tan firearm with ASSOCIATE-1, ASSOCIATE-1 subsequently sharing the photo with CUSTOMER-1, and the apparent completion of a firearms transaction between ASSOCIATE-1 and CUSTOMER-1, I believe that **MASSEY** helped facilitate this firearms transaction to CUSTOMER-1 or sold the firearm first to ASSOCIATE-1, who then sold it to CUSTOMER-1.

### March 2022 MASSEY and ASSOCIATE-1 Firearms Transaction

32.     I have also reviewed an extract of ASSOCIATE-1's Phones which showed that on or about March 26, 2022, ASSOCIATE-1 texted **MASSEY**, "A cuz how much would you hit me for three of them cuz" and **MASSEY** texted ASSOCIATE-1, "14 no lower."[5]   Here, when ASSOCIATE-1 asked "how much would you hit me for three of them," I believe ASSOCIATE-1 is using guarded language to ask **MASSEY** the cost of three firearms and **MASSEY**'s answer of "14 no lower" means the price is no less than $1,400.  Based on my training and experience, I know this price would fall within the market rate for three unregistered pistols depending on the condition of the firearms.

### Search Warrant Execution at MASSEY's Residence

33.     On or about August 10, 2023, the Honorable Timothy J. Sullivan, United States Magistrate Judge for the District of Maryland, issued a search warrant for **MASSEY's residence** in Oxon Hill, Maryland.

---

[5]     For context, the preceding text message had been a link to a seemingly non-pertinent Tik-Tok video sent by **MASSEY** to ASSOCIATE-1 on or about March 16, 2022 and the subsequent text message had been a link to a second non-pertinent Tik-Tok video sent by **MASSEY** to ASSOCIATE-1 on or about April 8, 2022.

34.   Upon execution of the search warrant on or about August 11, 2023, law enforcement recovered, among other items: (i) approximately 161 rounds of 9 mm ammunition, (ii) approximately 52 rounds of .223 caliber ammunition, (iii) approximately 23 rounds of .40 caliber ammunition, (iv) a suspected flashbang grenade, (v) a drilled-out ArmaLite-style lower receiver, and (vi) two plastic bags, one containing a white powdery substance and the second containing a cloudy crystalized rocky substance, and a number of clear plastic capsules.







34.     The recovered ammunition was found throughout **MASSEY's residence,** including but not limited to, in the kitchen, in the primary bedroom closet, on top of a primary bedroom dresser, and in a hallway closet.  During the execution of the search warrant, **MASSEY** was present, along with one juvenile, in the residence.  There was no indication that any other adult resided in **MASSEY's residence**.

35.     I have reviewed a round of the 9 mm Federal Premium ammunition recovered from **MASSEY's residence** and it was manufactured in Minnesota. I have reviewed a round of the .223 Giraitės Ginkluotės Gamykla ammunition recovered from **MASSEY's residence** and it was manufactured in Lithuania. I have reviewed a round of the .40 caliber Speer ammunition recovered from **MASSEY's residence** and it was manufactured in Idaho. As such, at least some of the ammunition traveled in interstate commerce before being recovered in the District of Maryland on August 11, 2023.

36.     Investigation has revealed that **MASSEY** is prohibited from possessing firearms or ammunition as a result of his prior convictions.  As an example, on or about February 28, 2012, **MASSEY** was convicted in the Circuit Court of Prince George's County, Maryland of Possession of Controlled Dangerous Substances and was sentenced to 48 months' imprisonment, 36

suspended, and 36 months of supervised release.  I have checked with the Maryland Department of Public Safety & Correctional Service's Maryland Parole Commission and confirmed that Mr. Massey has not been pardoned and thus his civil rights have not been restored.

## CONCLUSION

37.    Based upon the information set forth in this Affidavit, your Affiant submits that probable cause exists to believe that on or about August 11, 2023, **MASSEY** unlawfully possessed ammunition, in violation of Title 18, United States Code, Section 922(g)(1) (Possession of Ammunition by a Convicted Felon).

Digitally signed by
KELSEY WADSWORTH
Date: 2023.08.11
11:44:36 -04'00'

Kelsey Wadsworth
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this ___11th___ day of August, 2023.

The Honorable Timothy J. Sullivan
United States Magistrate Judge

23 of 23