IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 23-mj-02160-TJS |
| | * | |
| LESTER MASSEY, JR. | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR APPROPRIATE RELIEF (REQUEST FOR A DETENTION HEARING)**

The United States of America, through undersigned counsel, respectfully submits the following response in opposition to the Defendant's Motion for Appropriate Relief (Request for Detention Hearing). (ECF 22.) The Defendant requests a detention hearing for the Court to determine the suitability of Rosita Shaw as a third-party custodian for the Defendant.

The Defendant's Motion for Appropriate Relief (Request for Detention Hearing) incorrectly states that the Government was previously provided with Mrs. Shaw's name and contact information. The Government first learned about Mrs. Shaw from the Defendant's motion and has since learn that Mrs. Shaw was proposed to Pre-Trial Services on January 1, 2024, along with a second custodian, who Pre-Trial Services and the Government had previously found to be unsuitable.

Mrs. Shaw is the Defendant's sixth proposed third-party custodian since the Defendant's initial Detention Hearing on August 11, 2024. The prior five proposed custodians were either withdrawn, found to be unsuitable, or declined to respond to Pre-Trial Service's attempts to screen them. The Government has not learned the basis of Pre-Trial Service's determination that Mrs. Shaw appears to be a suitable candidate nor anything else from Pre-Trial's evaluation. There also

have been no representations by the Defendant regarding whether Mrs. Shaw meets the Court's previously set criteria for third party custodians in this case, including a willingness to remove internet service from her residence or Mrs. Shaw's relationship to the Defendant. Given the prior history of unsuitable potential custodians, and the fact that Mrs. Shaw's information was not shared with the Government in advance unlike the prior five potential custodians, the Government should have the opportunity to fully understand Pre-Trial Service's evaluation and share its own preliminary findings with Pre-Trial Services and the Defendant before a hearing is set.

For the reasons above, the Government respectfully requests that the Court deny the Defendant's Motion for Appropriate Relief (Request for Detention Hearing).[1]

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Nicholas F. Potter
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 16, 2024 a copy of the foregoing response and proposed order was filed to the CM-ECF system of the United States District Court for the District of Maryland for electronic delivery to all counsel of record.

_____/s/_____
Nicholas F. Potter
Special Assistant United States Attorney

---

[1] In the event the Court is inclined to schedule a Detention Hearing and would like to hear from the undersigned counsel, please know that counsel will be out of the District on pre-approved leave starting 1/17/2024, and will return on 1/21/2024.